# SUMMONS

In the Marion Superior Court, Room No. _____

**TERRY ECKLES**
_____
Plaintiff

49D13 1608CT 020286

—vs—

**CSX TRANSPORTATION, INC.**
_____

Cause No. _____

_____
Defendant

TO DEFENDANT: (Name) __**Corporate Creations Network, Inc. - Registered Agent**__

(Address) __**105 E. Jefferson Blvd.**__

__**South Bend, IN, 46601**__

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

AUG 03 2016

Dated _____    _____ Eldridge _____ (Seal)
                                    Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

[ ] Registered or certified mail.

[ ] Service at place of employment, to-wit _____

[ ] Service on individual     (Personal or copy) at above address.

[ ] Service on agent. (Specify) _____

[ ] Other service. (Specify) _____

**Kyle F. Biesecker**
Attorney for Plaintiff

**411 Main Street, Evansville, IN  47708**
Address

**(812) 424-1000**
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

_____
Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

| Sheriff's Costs | Sheriff |
|---|---|
| | By: _____ Deputy |

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____   By: _____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

Clerk, Marion Superior Court

By: _____
Deputy

---

Telephone

Address

Attorney for Plaintiff

Kyle F. Biesecker

SHERIFF'S COSTS

SUPERIOR COURT ROOM NO. _____

SUMMONS

Defendant

vs

TERRY ECKLES

Plaintiff

Cause No. _____

Room No. _____

# SUMMONS

In the Marion Superior Court, Room No. _____

**TERRY ECKLES**
_____
Plaintiff

—vs—

**CSX TRANSPORTATION, INC.**
_____

Cause No. 49D13 1608CT 020286

_____
Defendant

TO DEFENDANT: (Name) **Corporate Creations Network, Inc. - Registered Agent**

(Address) **105 E. Jefferson Blvd.**

**South Bend, IN, 46601**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

AUG 03 2016

Dated _____   _____ Eldridge (Seal)
Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

[ ] Registered or certified mail.

[ ] Service at place of employment, to-wit _____

[ ] Service on individual   (Personal or copy) at above address.

[ ] Service on agent. (Specify) _____

[ ] Other service. (Specify) _____

**Kyle F. Biesecker**
Attorney for Plaintiff

**411 Main Street, Evansville, IN 47708**
Address

**(812) 424-1000**
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant. _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

Sheriff's Costs _____

Sheriff _____

By: _____
     Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____

By: _____
     Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

_____
Clerk, Marion Superior Court

By: _____
     Deputy

---

Telephone

Address

Attorney for Plaintiff

Kyle F. Biesecker

SHERIFF'S COSTS

SUPERIOR COURT ROOM NO. _____

SUMMONS

Defendant

vs.

TERRY ECKLES

Plaintiff

Cause No. _____

Room No. _____

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | |

| | | |
|---|---|---|
| TERRY ECKLES, | ) | 49D13 1608 CF 028 |
| | ) | (175) AUG 03 2016 |
| Plaintiff, | ) | |
| | ) | Myla A. Eldridge |
| and | ) | CAUSE NO.: CLERK OF THE MARION CIRCUIT COURT |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Terry Eckles ("Eckles"), by counsel, and for his cause of action against CSX Transportation, Inc. ("Defendant"), alleges and states as follows:

### FACTUAL ALLEGATIONS

1. Eckles is an adult resident of Marion County, State of Indiana.

2. Defendant conducts business and has locations in Marion County, State of Indiana.

3. Defendant's Registered Agent is Corporate Creations Network, Inc., located at 105 E. Jefferson Blvd., South Bend, Indiana 46601.

4. Eckles was hired by the Defendant's predecessors in or about November 1974.

5. Eckles was an at-will employee, held the position of Yardmaster with the Defendant and was stationed at the Defendant's Hawthorne Yard located in Marion County, Indiana when he was terminated from his employment with the Defendant on August 13, 2014.

6. In or about Fall 2013, Eckles began suffering from mental health issues. Eckles sought assistance from the Defendant's Employee Assistance Program ("EAP") in or about November 2013.

7. Eckles met with Defendant's EAP Counselor, Dave Sutton, who directed Eckles to seek treatment with a Social Worker/Counselor, Tony Brenner ("Brenner"). Brenner required Eckles to sign a waiver that allowed Brenner to release Eckles information to the Defendant after each of their appointments.

8. In or about December 2013, Eckles' co-worker, David Stump ("Stump"), who was also a Yardmaster, started bringing a very young girl to work with him.

9. Eckles explained to Stump that brining a very young child to work was a violation of Defendant's Operating Laws and Ethics Policy. Moreover, Eckles explained to Stump that it was likely against Indiana law to place a child in such a dangerous situation.

10. On Saturday evenings the Railyard is deserted except for one employee, the Yardmaster, and there had been a lot of outside criminal activity near or in the Railyard.

11. Eckles told Stump that he would work his shift for him so Stump could take the child home. Stump stated that he had permission from their supervisor, Troy Dobson ("Dobson"), Trainmaster, to have the child in the Railyard.

12. Three days later, Eckles spoke with Dobson about the situation and pointed out that Dobson could view the child coming and leaving the Railyard on the security cameras. Dobson became irate, told Eckles to mind his own business and then threatened Eckles that if he brought up the issue of the child to any other employee there would be trouble coming his way. Dobson ended the conversation by screaming at Eckles – "Get the fuck out of my office and keep your mouth shut."

13. Stump brought the child to the Railyard the following Saturday evening. Eckles went to Dobson again and was met with the same response – he was ordered not to report the illegal activity.

2

14. Believing the child may be in danger, neglected and fearing for her safety, Eckles called the Marion County Child Protection Services ("CPS") and spoke with an investigator. Eckles explained the above facts to the investigator and the investigator told Eckles that since he had "firsthand knowledge" of the child endangerment, he would be in violation of Indiana law *if* he did not report the child endangerment and/or neglect to the Defendant and if he did not come into their office to file a report.

15. Eckles and Brenner also discussed the issues regarding the young girl. Brenner informed Eckles that under Indiana law he needed to report the issue and that Eckles was required to as well.

16. On January 5, 2014, Eckles made an official report to CPS.

17. On January 7, 2014, Eckles was brought into a meeting with Defendant's management to discuss the issue and Defendant's Ethics Policy.

18. On January 8, 2014, Eckles was called into a meeting with Defendant's management once more and was told that he was an "unethical employee" and that he would soon have – "problems with his behavior."

19. Based upon information and belief, between January 5, 2014 and January 16, 2014, Defendant was notified of Eckle's CPS report, its headquarters in Jacksonville, Florida had been notified and the Jacksonville Police Department was involved in the situation.

20. On January 16, 2014, Dobson placed Eckles on "removed from service" status while an investigation was conducted into Eckles' reports regarding the young child. Eckles was told that he could not come to work, he could not contact or speak with any of Defendant's employees and that if he came on to the Defendant's property – he would be arrested.

3

21. Thereafter, Dobson and the Defendant orchestrated Eckles' termination and prevented any recourse for Eckles.

22. On August 13, 2014, Eckles was terminated from his employment with the Defendant.

23. Eckles has a statutory and legal duty to report potential child abuse and/or child endangerment and/or child neglect. Indiana Code 31-33-5-1 required Eckles to report the same. Moreover, Eckles could have incurred severe civil and criminal penalties had he not reported the matter to authorities.

24. Defendant threatened Eckles not to make any reports regarding the young child.

25. Eckles was terminated from his employment for not complying with Defendant's order/threats to violate the law by not making the report and/or he was terminated for fulfilling his statutory and legal obligations to make such reports.

## CAUSE OF ACTION

## WRONGFUL TERMINATION

26. Eckles hereby incorporates paragraphs one (1) through twenty-five (25) of his Complaint.

27. Eckles was terminated for refusing to commit an illegal act for which he could be personally liable and/or ignore and not report illegal activities for which he could be held personally liable and/or would be in violation of State law and regulation and/or for complying with his statutory obligation/ legal duty to report potential child abuse and/or child endangerment and/or child neglect.

28. Defendant's actions were intentional, willful and in reckless disregard of Eckles' rights as protected by Indiana State Law.

29.  Eckles suffered damages as a result of Defendant's unlawful actions.

### REQUESTED RELIEF

WHEREFORE, Plaintiff, Terry Eckles, respectfully prays for judgment against the Defendant as follows:

(a) For a money judgment awarding lost wages and benefits;

(b) Reinstate Plaintiff to his former position with corresponding seniority, pay, location and schedule or award front pay in lieu thereof;

(c) For compensatory damages for emotional, mental and physical distress in an amount to be determined at trial:

(c) For punitive damages for Defendant's malice and willful actions;

(d) For the costs of suit, including but not limited to an award of attorney's fees; and,

(e) For such other and further relief as may be just and proper.

Respectfully submitted,

*/s/ Kyle F. Biesecker*

Kyle F. Biesecker, Attorney No. 24095-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone: (812)424-1001
Facsimile: (812)424-1005
E-Mail: kfb@bdlegal.com

Attorneys for Plaintiff

5

## DEMAND FOR JURY TRIAL

Plaintiff, Terry Eckles, by counsel, respectfully requests a jury trial as to all issues in this matter deemed so triable.

Respectfully submitted,

Kyle F. Biesecker, Attorney No. 24095-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone: (812)424-1001
Facsimile: (812)424-1005
E-Mail: kfb@bdlegal.com

Attorneys for Plaintiff

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF MARION | ) | |

49D13 1608CT 020286

TERRY ECKLES,

    Plaintiff,

and

CSX TRANSPORTATION, INC.,

    Defendant.

**FILED**

CAUSE NO.: AUG 03 2015

CLERK, MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating __x__      Responding ____      Intervening ____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: __Terry Eckles__

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   _____

   _____

   Telephone # of party _____

   FAX: _____

   Email Address: _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: __Kyle F. Biesecker__      Atty Number: __24095-49__

   Address: __411 Main Street, Evansville, Indiana 47708__

      Phone: __(812) 424-1000__
      FAX: __(812) 424-1005__
      Email Address: __kfb@bdlegal.com__

      *(List on continuation page additional attorneys appearing for above party)*

3. This is a __Civil Tort__ case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:

    FAX at the above noted number: Yes _X_ No ____

    Email at the above noted number: Yes _X_ No ____

5. This case involves child support issues. Yes ____ No _X_ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No _X_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____ Attorney's address

    _____ The Attorney General Confidentiality program address

    (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

    _____ Another address (provide)

7. This case involves a petition for involuntary commitment. Yes ____ No _X_

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

(i) Date of Birth _____

(ii) Driver's License Number _____
    State where issued _____ Expiration date _____

(iii) State ID number _____
    State where issued _____ Expiration date _____

(iv) FBI number _____

(v) Indiana Department of Corrections Number _____

(vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

9. There are related cases: Yes ____ No _X_ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

    _____

11. There are other party members: Yes ____ No _X_ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes ____ No _X_

    _____
    Attorney-at-Law
    (Attorney information shown above.)

AUG 1 2 2016